*Wheel A*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA        :      NOTICE OF INTENT
                                       TO FILE AN INFORMATION
        -v.-                    :
                                       14 Cr.
GABRIELA ROSA,                  :

        Defendant.              :

------------------------------------x

**14 CRIM 434**

      Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         6/20, 2014

                                PREET BHARARA
                                United States Attorney

                           By:  _____
                                Howard S. Master
                                Assistant United States Attorney

                                AGREED AND CONSENTED TO:

                           By:  _____
                                Matthew Myers, Esq.
                                Attorney for the defendant

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/20/14

JUDGE COTT

Rosa Plea A...1.pdf (56 KB)