# RICHARD H. ROSENBERG
## ATTORNEY AT LAW

217 BROADWAY  
SUITE 707  
NEW YORK, NEW YORK 10007

TEL: 212-586-3838  
FAX: 212-962-5037  
richrosenberg@msn.com

September 15, 2014

Hon. Denise L. Cote  
United States District Court Judge  
United States District Court  
500 Pearl Street  
New York, New York 10007

**Re: United States v. Gabriela Rosa**  
**14 Cr. 434 (DLC)**

Dear Judge Cote:

    Defendant Gabriela Rosa is currently scheduled for sentencing on October 3, 2014. I write today to respectfully request a one week postponement to October 10, 2014 ( afternoon, if possible) with sentencing submission due on September 26, 2014.

    As this Court is aware, present counsel, Genesis Peduto, Esq. , and I recently entered the case on Ms. Rosa's behalf. While counsel has been diligent in preparing for the sentence, the additional one week's time is necessary to complete and file our sentence submission. Contributing to the reasons for this request is that lead counsel, Ms. Peduto, is currently traveling abroad and not due back at her office until Monday, September 22nd. The additional time is necessary in order to allow counsel the opportunity to coordinate our collaborative efforts on Ms. Rosa's behalf.

    I have conferred with AUSA Howard Master regarding this application and can report that the government has no objection to the granting of the requested continuance.

    Thank you for your consideration and continued courtesies to counsel.

Very sincerely,

Richard H. Rosenberg

cc.: AUSA Howard Master